UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY, et al.,

                              Plaintiffs,

   -against-

VKA MEDICAL SUPPLY CORP., et al.,

                             Defendants.
-----------------------------------------------------------------X

Docket No.:
1:22-cv-07949(DG)(AYS)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, the "Plaintiffs"), and Defendants VKA Medical Supply Corp., Vita Medical Supply Corp., Anton Semenov, PRYM Med Supply Corp. and Ilya Varshavskiy (collectively, the "Defendants") that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: *February 2,* 2023

| | |
|---|---|
| RIVKIN RADLER LLP | KORSUNSKIY LEGAL GROUP, P.C. |
| By: /s/ Frank Tiscione | By: [signature] |
| Michael A. Sirignano, Esq. | Denis Korsunskiy, Esq. |
| Frank Tiscione, Esq. | 1674 E22nd Street, 2nd Floor |
| 926 RXR Plaza | Brooklyn, New York 11229 |
| Uniondale, New York 11556 | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

**SO ORDERED:**

_____
U.S.D.J.

_____, 2023